**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 15, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00291-CR

---

### JAMIE VINCENTE MORENO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 2
Tarrant County, Texas[1]
Trial Court Cause No. 1289420D**

---

## MEMORANDUM OPINION

Appellant Jamie Vincente Moreno has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not

---

[1] The Second Court of Appeals transferred this appeal to our court pursuant to an order of the Texas Supreme Court issued on March 31, 2020.

delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)